# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:16-cr-176-2

**UNITED STATES OF AMERICA**

V.

Eric Falkowski

(list each defendant appearing at hearing)

Judge: Jack Zouhary

Hearing Date: 7/1/2019

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Roxann Harkins

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf

Defense Attorney(s): David Kosimar

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Counsel for all parties present. Defendant present and in custody. Plea agreement accepted. Arguments by defense counsel. Arguments by AUSA Klopf.
Sentence: 266 months on all counts to run concurrently and to run concurrently to FL sentence. Supervised Release - 5 years per count to run concurrently. No fine. No restitution. $1000 special assessment due immediately. $10,000 cash forfeiture. Appeal rights given. Defendant remanded to custody.

Total Time in Court: 1.5 hours

Clerk of Court
by: Debby Sawyer